# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ENTERPRISE FM TRUST, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 2:19-cv-00358-GZS |
| ) | |
| GLOBAL ENVIRONMENTAL, ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 13) filed December 31, 2019, the Recommended Decision is **AFFIRMED**.

It is **ORDERED**:

(1) that judgment is entered in favor of Plaintiff in the amount of $505,354.84, together with interest and costs;

(2) Plaintiff shall submit a separate application for attorney's fees with supporting documentation and authority, in accordance with District of Maine Local Rule 54.2;

(3) Defendant shall return the lease vehicles that have not been returned to Plaintiff within thirty (30) days of the date of this order.

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 21st day of January, 2020.